UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-1287-KOB-GMB |
| JEFFERSON DUNN, *et al.*, | ) |
| Defendants. | ) |

## **REPORT AND RECOMMENDATION**

The plaintiff has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. Doc. 1. In accordance with the usual practices of this court and 28 U.S.C. § 636(b)(1), the complaint is before a Magistrate Judge for a preliminary report and recommendation. *See McCarthy v. Bronson*, 500 U.S. 136 (1991). For the following reasons, the Magistrate Judge recommends the dismissal of this action for the plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

### **I. DISCUSSION**

On April 19, 2021, the court notified the plaintiff that his complaint failed to set forth a claim upon which relief could be granted and ordered him to file an amended complaint within 20 days. Doc. 7 at 1–4. The court also advised the plaintiff that his failure to amend his complaint within 20 days could result in

dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Doc. 7 at 4.

More than 20 days have elapsed, and the plaintiff has failed to comply with or otherwise respond to the order. Accordingly, the Magistrate Judge recommends the dismissal of this action for the plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

## II.  RECOMMENDATION

Based on the foregoing, the Magistrate Judge RECOMMENDS the court DISMISS this action WITHOUT PREJUDICE for the plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

## III.  NOTICE OF RIGHT TO OBJECT

The plaintiff may file specific written objections to this report and recommendation. The plaintiff must file any objections with the Clerk of Court within fourteen (14) calendar days from the date the report and recommendation is entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the complaint that the report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the Magistrate Judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper objection, however, the court may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice. 11th Cir. R. 3-1.

On receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made and may accept, reject, or modify in whole or in part, the Magistrate Judge's findings of fact and recommendations. The District Judge also may refer this action back to the Magistrate Judge with instructions for further proceedings.

The plaintiff may not appeal the Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The plaintiff may only appeal from a final judgment entered by a District Judge.

DONE and ORDERED on May 27, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE